**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **CHRISTOPHER ERIC BATRES,** | ) | **NO. EDCV 17-666-JFW (KS)** |
| Petitioner, | ) | |
| v. | ) | **JUDGMENT** |
| **NEIL MCDOWELL, Warden,** | ) | |
| Respondent. | ) | |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed with prejudice.

DATED: September 28, 2017

_____
JOHN F. WALTER
UNITED STATES DISTRICT JUDGE